HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA REED,<br>    Plaintiff,<br><br>    v.<br><br>U-HAUL OF WASHINGTON, a Washington Corporation, U-HAUL INTERNATIONAL, a corporation doing business in Washington, and CHARLES R. EIDE, individually,<br>    Defendants. | No.  05-cv-0430 Z<br><br>**STIPULATED JUDGMENT AGAINST U-HAUL CO. OF WASHINGTON**<br><br>**[Clerk's Action Required]** |

## Judgment

Pursuant to the Offer of Judgment tendered by Defendants U-Haul Co. of Washington, U-Haul International and Charles R. Eide (hereafter "Defendants"); the Notice of Acceptance (filed as an attachment to the Offer of Judgment); and to the Stipulated Dismissal of Defendants U-Haul International and Charles R. Eide,

IT IS ORDERED that Judgment is hereby entered as follows:

**STIPULATED JUDGMENT AGAINST**
**U-HAUL CO OF WA (**05-cv-0430 Z**)** 1

**Law Office of D. Jill Pugh**
**520 East Denny Way**
**Seattle, WA  98122**
Tel:  (206) 325-2801 • Fax: (206)260-91546
jill@employmentlawwa.com

The sum of **$20,000.00** is awarded in favor of Plaintiff Christina Reed against the Defendant U-Haul Co. of Washington, representing non-economic, general damages; and

The sum of **$19,637.35** for Plaintiff's attorney fees and costs is awarded in favor of the Law Office of D. Jill Pugh and the Law Office of Gail Conway Gray against the Defendant U-Haul Co. of Washington.

IT IS FURTHER ORDERED that the Clerk of Court shall enter the same upon the execution docket.

DATED this 30th day of June 2006.

/s/ Thomas S. Zilly

_____
Hon. Judge Thomas S. Zilly

Submitted by:

**LAW OFFICE OF D. JILL PUGH**
 */s/ D. Jill Pugh*
D. Jill Pugh, WSBA# 24429
520 East Denny Way
Seattle, WA 98122
Tel: 206.325.2801
Fax: 206.260.9154
Email: jill@employmentlawwa.com
Attorney for Plaintiff

**LAW OFFICE OF GAIL CONWAY GRAY**

 */s/ Gail Conway Gray*
Gail Conway Gray, WSBA#25279
1122 East Pike Street #609
Seattle, WA 98122
Tel: 206.328.2572
Fax 206.522.0535
Email: gail@graylawoffice.com
Attorney for Plaintiff

**DORSEY & WHITNEY LLP**

*/s/Kandis M. Baldwin*
James R. Hermsen, WSBA #1332
Kandis M. Baldwin, WSBA# 33069
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Tel: 206.903.8800
Fax: 206.903.8820
Email: baldwin.kandis@dorsey.com
Attorneys for Defendants U-Haul Co. of Washington, U-Haul International and Charles R. Eide

**STIPULATED JUDGMENT AGAINST U-HAUL CO OF WA (**05-cv-0430 Z**)** 2

**Law Office of D. Jill Pugh**
**520 East Denny Way**
**Seattle, WA  98122**
**Tel:  (206) 325-2801 • Fax*:* (206)260-91546**
*jill@employmentlawwa.com*